IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| QUENTIN BRADLEY | § | |
| v. | § | CIVIL ACTION NO. 5:05cv74 |
| JOHN RUPERT, ET AL. | § | |

<u>MEMORANDUM ADOPTING REPORT AND RECOMMENDATION<br>OF THE UNITED STATES MAGISTRATE JUDGE<br>ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT</u>

The Plaintiff Quentin Bradley, proceeding *pro se*, filed this lawsuit complaining of alleged violations of his constitutional rights. This Court ordered that the matter be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

On January 31, 2007, Bradley filed a motion for default judgment (docket no. 33). On March 7, 2007, the Magistrate Judge issued a Report recommending that the motion be denied. A copy of this Report was sent to Bradley at his last known address, return receipt requested, but no objections have been filed; accordingly, he is barred from *de novo* review by the district judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to proposed factual findings and legal conclusions accepted and adopted by the district court. <u>Douglass v. United Services Automobile Association</u>, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

The Court has reviewed the pleadings in this cause and the Report of the Magistrate Judge and has determined that this Report is correct. It is accordingly

ORDERED that the Report of the Magistrate Judge is ADOPTED as the opinion of the District Court. It is further

ORDERED that the Plaintiff's motion for default judgment (docket no. 33) is DENIED.

**SIGNED this 30th day of March, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE